IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:08cr161-MHT |
| HENRY L. TAYLOR | ) | (WO) |

OPINION AND ORDER

The government moved for a psychiatric evaluation of defendant Henry L. Taylor to determine his competency to stand trial.  A copy of the evaluation, performed by Dr. Rodolfo A. Buigas, has been filed with the court.  After reviewing the evaluation and considering the oral representations by the parties at the competency hearing on April 13, 2009, the court finds that Taylor is competent to stand for trial.

Defense counsel represented that Taylor has not exhibited any signs of incompetency in any of their meetings and is, in counsel's opinion, competent to stand trial.  Dr. Buigas concluded that Taylor "does not appear to currently suffer from a mental illness that would

interfere with his trial competency." Psychiatric Report (Doc. No. 17), at 10.

The court therefore finds that Taylor is not "suffering from a mental disease or defect rendering him ... unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Accordingly, it is ORDERED and DECLARED that defendant Henry L. Taylor is mentally competent to undergo trial in this cause.

DONE, this the 13th day of April, 2009.

                                           /s/ Myron H. Thompson  
                                           **UNITED STATES DISTRICT JUDGE**